IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REPRESENTATIVE RONNY JACKSON, | |
| Plaintiff, | |
| v. | 2:25-CV-197-Z |
| SHIRLEY N. WEBER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendants Shirley Weber and Gavin Newsom's ("Defendants") Unopposed Motion to Proceed Without Local Counsel ("Motion") (ECF No. 8), filed September 11, 2025. Defendants "respectfully request this Court's leave for their counsel to represent them in this matter without associating local counsel." ECF No. 8 at 1. Defendants are "the Governor and Secretary of State of the State of California." *Id.* at 2. Further, "Plaintiff's counsel stated via email that they consent to Defendants' motion." *Id.*

Local Rule 83.10(a) permits the presiding judge to grant leave to proceed without local counsel. The Court **GRANTS** the Motion and waives the local counsel requirement for Defendants.

SO ORDERED.

September 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE