IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REPRESENTATIVE RONNY JACKSON, | |
| Plaintiff, | |
| v. | 2:25-CV-197-Z |
| SHIRLEY N. WEBER, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limits ("Motion") (ECF No. 29), filed September 24, 2025. Under this Court's Local Rules, "a brief must not exceed 25 pages in length (excluding the table of contents and table of authorities)." N.D. Tex. Loc. R. 7.2(c). "Permission to file a brief in excess of these page limitations will be granted by the presiding judge only for extraordinary and compelling reasons." *Id.*

Defendants move for leave here because they "plan to file a single combined brief in support of" both their motion to dismiss and "opposition to Plaintiff's motion for preliminary injunction." ECF No. 29 at 1–2. They contend that this will "avoid[] redundancy by addressing substantive issues once rather than twice." *Id.* at 2. They also argue that leave should be granted because "this case involves matters of dramatic importance to California" and because Plaintiff's Complaint "raises numerous threshold and merits issues because of its unusual nature." *Id.*

The Court **GRANTS** the Motion. Defendants are **ORDERED** to file a single combined brief not exceeding thirty-five pages in length.

**SO ORDERED**.

September 26, 2025

                                                                                         MATTHEW J. KACSMARYK
                                                                                         UNITED STATES DISTRICT JUDGE