IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

REPRESENTATIVE RONNY JACKSON,

    Plaintiff,

v.

                                              2:25-CV-197-Z

SHIRLEY N. WEBER, *et al.*,

    Defendants.

## JUDGMENT

The Court **GRANTED** Defendants' Motion to Dismiss on all of Plaintiff's claims. This case is therefore **DISMISSED without prejudice**. Judgment is rendered accordingly.

**SO ORDERED.**

October 23, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE